THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Morris Sullivan,       
Respondent,
 
 
 

v.

 
 
 
State of South Carolina,       
Petitioner.
 
 
 

Appeal From Greenville County
John W. Kittredge, Circuit Court Judge

Memorandum Opinion No. 2005-MO-010
Submitted February 16, 2005  Filed 
 February 28, 2005

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Chief, Capital and 
 Collateral Litigation Salley W. Elliott, Assistant Attorney General Elizabeth 
 R. McMahon, of Columbia, for Petitioner.
Dwight Christopher Moore, of Sumter and South Carolina Office 
 of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari 
 to review the grant of post-conviction relief to respondent.  We now dismiss 
 the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., MOORE, WALLER, BURNETT 
 and PLEICONES, JJ., concur.